Menefee, Appellant, *v.* Columbia Broadcasting System, Inc. et al.

Argued December 4, 1972. *Benjamin E. Zuckerman*, with him *Wright, Spencer, Manning & Sagendorph*, for appellant; *Tyson W. Coughlin*, with him *M. Carton Dittman, Jr.*, and *Ballard, Spahr, Andrews & Ingersoll*, for appellees.

Order affirmed.